

JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10   SANDRA FARIAS,                          Case No. EDCV 15-1199-KK

11                        Plaintiff,

12              v.                           JUDGMENT
     CAROLYN W. COLVIN, Acting
13   Commissioner of Social Security,

14                        Defendant.

15
16
17        Pursuant to sentence four of Title 42 of the United States Code, section

18   405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social

19   Security Administration is REVERSED and this action is REMANDED for further

20   administrative proceedings.

21

22   Dated: May 25, 2016

23                                           _____
                                             HONORABLE KENLY KIYA KATO
24                                           United States Magistrate Judge

25
26
27
28